IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CHARLES JACKSON,

  Defendant.

CRIMINAL FILE NO.
1:14-CR-52-2-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 173] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 156]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the motion is barred by the one year period of limitation set forth in 28 U. S. C. § 2255(f). The claims of ineffective assistance of counsel are affirmatively refuted by the record of the Defendant's plea hearing. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 156] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 30 day of November, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge